No. 634. ERNEST E. RICHARDS ET AL., PARTNERS, ETC., ET AL. *v.* MINA M. OAKLEY. Error to the Supreme Court of the State of Missouri. Motion to dismiss submitted December 9, 1918. Decided December 23, 1918. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Consolidated Turnpike Co.* v. *Norfolk &c. Ry. Co.,* 228 U. S. 596, 599; *Cuyahoga River Power Co.* v. *Northern Realty Co.,* 244 U. S. 300; *Bilby* v. *Stewart,* 246 U. S. 255, 257.   (2) *Goodrich* v. *Ferris,* 214 U. S. 71, 81; *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Empire State-Idaho Mining Co.* v. *Hanley,* 205 U. S. 225, 232; *Brolan*

v. *United States*, 236 U. S. 216. *Mr. John G. Park* for plaintiffs in error.. *Mr. William S. Hogsett* and *Mr. Mont T. Prewitt* for defendant in error.